# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| Derek A. Hoyte, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV11-5389BHS |
| Recontrust Company N.A., et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Case is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Benjamin H. Settle   on a motion for Dismissal

Date:   07/12/2011

*CLERK OF COURT*

Gretchen Craft, Deputy Clerk
*Signature of Clerk or Deputy Clerk*